UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3D International, LLC , <br><br> Third Party Plaintiff, <br><br> v. <br><br> Peerless Insurance Company, <br><br> Third PartyDefendant. | Case No.  2:14-cv-0658 TLN CKD <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED against third-party plaintiff 3D International LLC in favor of third-party defendant Peerless Insurance Company pursuant to Order filed on 12/7/2015.

Date: December 14, 2015                                        MARIANNE MATHERLY, CLERK

                                                                                                       By: /s/  J. Donati <br>
                                                                                                       Deputy Clerk